ACCEPTED
12-15-00013-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/5/2015 6:46:24 PM
Pam Estes
CLERK



# Cargill & Associates

Mark W. Cargill
ATTORNEY AT LAW

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/5/2015 6:46:24 PM
PAM ESTES
Clerk

Christina L. Cargill
SR. PARALEGAL
SOCIAL SECURITY REPRESENTATIVE
cargill.christina@yahoo.com

Sheridan Wendele
CLIENT SERVICES
wendelesheridanm@yahoo.com

October 1, 2015

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Zeante Washington
#1978985
Hightower Unit
902 FM 686
Dayton, Texas 77535

RE:   *Zeante Washington v. The State of Texas*
      *No.:   12-15-00013-CR, Trial:  14CR-164*

Dear Mr. Washington:

Please be advised that the 12th Court of Appeals District of Texas – Tyler, Texas, has Affirmed the lower court's decision on your case by way of a MANDATE and/or written Opinion that was issued on October 1, 2015, and a copy of which is enclosed for your convenience. If you desire to file a Pro Se Petition for Discretionary Review - appeal, you must do so **no later than 30 days after the date of the decision, i.e. October 31, 2015.**

If you have any questions or concerns, please call and/or notify me by written - correspondence.

Very truly yours,

**Cargill & Associates**

Mark W. Cargill
MWC/cc
Enclosure

cc:      Court of Appeals – 12th Court of Appeal, Tyler, Texas via E-Filing

701 N. Elm Street • Palestine, Texas 75801 • Telephone: 903/729-8011 • Fax: 903/729-5112 • Email: cargillaw@earthlink.net

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

**TWELFTH COURT OF APPEALS**

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

September 25, 2015

Ms. Carolyn Rains
District Clerk
Houston County
P. O. Box 1186
Crockett, TX 75835
* DELIVERED VIA E-MAIL *

    **RE:**   Case Number:        12-15-00013-CR
          Trial Court Case Number:  14CR-164

    **Style:**  Zeante Washington
             v.
             The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

C Ms. Donna Gordon Kaspar (DELIVERED VIA E-MAIL)
C Mr. Mark W. Cargill (DELIVERED VIA E-MAIL)
:

Mandate executed on _____ day of _____, 2015.

Brief explanation of action taken: _____

_____ District/County Clerk

# THE STATE OF TEXAS
# MANDATE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO THE 3RD DISTRICT COURT OF HOUSTON COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 31st day of July, 2015, the cause upon appeal to revise or reverse your judgment between

ZEANTE WASHINGTON, Appellant

NO. 12-15-00013-CR; Trial Court No. 14CR-164

Opinion by Greg Neeley, Justice.

THE STATE OF TEXAS, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below be in all things affirmed, and that this decision be certified to the court below for observance."

WHEREAS, WE COMMAND YOU to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

WITNESS, THE HONORABLE JAMES T. WORTHEN, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 25th day of September, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk